[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-15314
Non-Argument Calendar

_____

D.C. Docket No. 8:18-cr-00125-JDW-JSS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JACKELYN VANESSA BLANCO NUNEZ,
a.k.a. Nariah Naomy Gonzalez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 18, 2019)

Before TJOFLAT, WILSON and HULL, Circuit Judges.

PER CURIAM:

Attorney Thomas John Butler, appointed counsel for Jackelyn Vanessa Blanco Nunez ("Nunez") in this direct criminal appeal, has moved to withdraw from further representation of Nunez and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Nunez's conviction and sentence are **AFFIRMED**.